IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | Case No. 3:09-CR-79-009 |
| ) | Judge Jordan |
| FRANCES MICHELLE RICHARDSON ) | |

### AGREED ORDER OF REVOCATION

A Petition for Revocation of Supervised Release has been filed against the defendant, Frances Michelle Richardson, and the defendant admits that she has violated her supervised release as specified in violation numbers 1-3 in the petition. An agreement has been reached between the parties, recommending that Ms. Richardson's supervised release should be revoked and that she should receive a sentence of nine (9) months incarceration with twenty-seven (27) months supervised release to follow.

Ms. Richardson agrees to waive her right to a hearing pursuant to Rule 32 of the Rules of Criminal Procedure, waive her right to allocute at a revocation hearing, and asks that the agreement of the defendant and the government pursuant to Rule 11 of the Federal Rules of Criminal Procedure be found to be a proper sentence.

This Court has considered the Chapter Seven policy statements in the United States Sentencing Guidelines. The defendant's criminal history category is IV. The advisory guideline range is 6-12 months for "Grade C" violations and 12-18 months for "Grade B" violations and the Court has carefully considered those ranges. There is a statutory maximum of 24 months imprisonment which the Court has also considered. The Court has also considered the factors listed in 18 U.S.C. §3553(a).

Based on the foregoing, the Court finds that the recommended sentence is sufficient, but not greater than necessary, to accomplish the purposes set forth in 18 U.S.C. §3553(a) while taking into consideration all of those factors and the Chapter Seven policy statements.

IT IS HEREBY ORDERED, therefore, that the defendant's supervised release is hereby revoked. The defendant is hereby sentenced to a term of imprisonment of nine (9) months to be followed by twenty-seven (27) months supervised release. While on supervised release, Ms. Richardson shall abide by all standard conditions of supervised release and special conditions previously ordered. It is RECOMMENDED that the Bureau of Prisons designate Frances Michelle Richardson to the Bureau of Prisons facility in Alderson, West Virginia.

_____
Honorable R. Leon Jordan
United States District Judge

APPROVED FOR ENTRY:

_____
David Lewen
Assistant U.S. Attorney

_____
Jonathan Moffatt
Attorney for Defendant

_____
Francis Michelle Richardson
Defendant

_Jennifer Fletcher_ by _Jornitt Moffatt_
Jennifer Fletcher                    w/ perm.
U.S. Probation Officer